**Order entered May 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00042-CR

**JONATHAN CHRISTOPHER RHODES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-80244-2013**

## ORDER

Appellant's May 11, 2015 second motion to extend the time to file appellant's brief is

**GRANTED**.  In his motion, appellant requested an extension of time until May 12, 2015.  We

note that the tendered electronic version of appellant's brief was rejected by the Clerk of the

Court for noncompliance with Texas Rule of Appellate Procedure 9.

To allow correction of appellant's brief, we  **EXTEND** the time to file appellant's brief

until **May 19, 2015**.


　　　　　　　　　　　　　　/s/　　　LANA MYERS
　　　　　　　　　　　　　　　　　　JUSTICE